In the Matter of the Claim of ELMO PRINZ, Respondent, v. HAROLD FEY, JR., Doing Business as HAROLD FEY, JR., LANDSCAPING SERVICE, et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Gibson, J. P., Herlihy, Reynolds and Taylor, JJ., concur.